```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                  CASE NO. 07 B 10892
    ANNETTE H LOCKHART
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-8051


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 06/19/2007 and was not confirmed.

      The case was dismissed without confirmation 08/30/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------

COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     24954.64            .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      8904.15            .00            .00
TOYOTA MOTOR CREDIT CORP  SECURED VEHIC         .00            .00            .00
SOCIAL SECURITY ADMINIST  PRIORITY        NOT FILED            .00            .00
SOCIAL SECURITY ADMINIST  UNSECURED       NOT FILED            .00            .00
ALTERNATIVE RECOVERY MAN  UNSECURED       NOT FILED            .00            .00
BLUEGREEN CORPORATION     NOTICE ONLY     NOT FILED            .00            .00
CAPITAL ONE BANK          NOTICE ONLY     NOT FILED            .00            .00
WOW INTERNET & CABLE SER  UNSECURED       NOT FILED            .00            .00
H AND F LAW               NOTICE ONLY     NOT FILED            .00            .00
NICOR GAS                 UNSECURED       NOT FILED            .00            .00
OPTION ONE MORTGAGE CO    NOTICE ONLY     NOT FILED            .00            .00
OPTION ONE MORTGAGE CO    NOTICE ONLY     NOT FILED            .00            .00
S&S LENDING/BUY OWNER     UNSECURED         1691.63            .00            .00
UNIVERSAL PYMT CNT        UNSECURED       NOT FILED            .00            .00
WELLS FARGO FINANCIAL AC  NOTICE ONLY     NOT FILED            .00            .00
WELLS FARGO FINANCIAL AC  UNSECURED       NOT FILED            .00            .00
WELLS FARGO BANK          NOTICE ONLY     NOT FILED            .00            .00
CHASE HOME FINANCE LLC    CURRENT MORTG         .00            .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE         .00            .00            .00
GLENDA J GRAY             DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00


        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                        .00


PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10892 ANNETTE H LOCKHART
```

```
ADMINISTRATIVE                                                          .00
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                     ---------------        ---------------
TOTALS                                           .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/05/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                            PAGE   2
         CASE NO. 07 B 10892 ANNETTE H LOCKHART